**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-1550

CEDRICK EURON DRAPER,

Plaintiff - Appellant,

v.

HENRY COUNTY GENERAL DISTRICT COURT; HALIFAX COUNTY
GENERAL DISTRICT COURT,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at
Danville. Jackson L. Kiser, Senior District Judge. (4:18-cv-00021-JLK)

Submitted: September 17, 2018                    Decided: September 28, 2018

Before AGEE and FLOYD, Circuit Judges, and SHEDD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Cedrick Euron Draper, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cedrick Euron Draper appeals the district court's order dismissing this civil action under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Draper v. Henry Cnty. Gen'l Dist. Ct.*, No. 4:18-cv-00021-JLK (W.D. Va. Apr. 17, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*